**IT IS ORDERED as set forth below:**



Date: December 16, 2020

_Susan D. Barrett_
United States Bankruptcy Judge
Southern District of Georgia

___

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:   )   Chapter 13 Case No. 20-10774-SDB
                    )
KENNETH AUGUSTUS DANIEL,   )
                    )
                    )
       Debtor(s)

### ORDER ON CONFIRMATION

After a hearing to consider confirmation of the plan in the above-styled Chapter 13 case it is hereby determined that confirmation is:

☐ Denied and the case is dismissed.

   ☐ Without prejudice;
   ☐ With prejudice against refiling for 180 days;
   ☐ Unless Debtor(s) counsel converts to a case under Chapter 7 within fourteen (14) days.

☐ Granted upon condition that:

   ☐ Debtor pay $ _____ by _____ ;
   ☐ Debtor pay $ _____ per _____ until _____ ;

Chapter 13 Case No. <u>20-10774-SDB</u>

Page 2

☐ Debtor make all future payments to the Trustee in a timely manner. Upon any default, the Trustee shall file and serve a Notice of Non-compliance. If no request for a hearing is filed within seven (7) days of the Notice of Non-compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate.

☒ Continued to <u>January 11, 2021</u> at <u>10:30</u> a.m.

   ☐ With payments of $ _____ per _____ in the interim;

   ☒ Upon payment of $ <u>13,500</u> ~~by~~ _____;

☐ Debtor's counsel is ordered to file a modified plan by _____;

☐ Debtor's counsel is ordered to file objection(s) to claim(s) by _____;

☐ Upon condition that Debtor(s):

☐ Debtor's counsel is ordered to file with the Clerk, within fourteen (14) days, a written certification that all State and Federal tax returns have been filed.

☒ Upon the failure of the Debtor or Debtor's counsel to strictly comply with the terms of this order the case may be dismissed without further notice or hearing.

**[END OF DOCUMENT]**

Prepared by:

Huon Le – Chapter 13 Trustee

By: _____
Staff Attorney
Jane Miller, GA Bar Number 256304
Fredrick Carpenter, GA Bar Number 341438

PO Box 2127
Augusta, GA 30903
(706) 724-1039

Consented to by:

_____
John P. Wills
Attorney for Debtor
GA Bar No: 767375
Wills Law Firm, LLC
P.O. Box 1620
Thomson, GA 30824
706-595-8100
john@willslawfirmllc.com