# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:
**Kenneth Augustus Daniel,**
  Debtor.

Case No.:  20–10774–SDB

Judge:  Susan D. Barrett

Chapter:  13

## NOTICE OF CONTINUED HEARING

The Hearing on Confirmation originally scheduled **January 11, 2021** has been <u>continued</u> to:

*March 8, 2021, at 10:30 AM,*
*U.S. Bankruptcy Court,*
*Federal Justice Center, Plaza Bldg, 600 James Brown Blvd (9th St), Augusta, GA 30901.*

All other provisions of the original notice remain in full force and effect.

*Lucinda Rauback, Clerk*
United States Bankruptcy Court
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: January 14, 2021

B–40C [Rev. 07/20]  **CMT**