**IT IS ORDERED as set forth below:**



**Date: March 31, 2021**

*Susan D. Barrett*
_____
United States Bankruptcy Judge
Southern District of Georgia

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| KENNETH AUGUSTUS DANIEL, | ) | Chapter 13 |
| Debtor. | ) | Case No: 20-10774-SDB |
| | ) | |
| KENNETH AUGUSTUS DANIEL, | ) | |
| Movant. | ) | |
| | ) | |
| QUEENSBOROUGH NATIONAL BANK | ) | |
| AND TRUST COMPANY, | ) | |
| Respondent. | ) | |

## ORDER SUSTAINING DEBTOR'S OBJECTION TO THE PROOF OF CLAIM OF QUEENSBOROUGH NATIONAL BANK AND TRUST COMPANY

The Debtor in the above styled action having filed an Objection to the Proof of Claim of QUEENSBOROUGH NATIONAL BANK AND TRUST COMPANY ("Claimant") as being improper, and Claimant being served with the Notice of Objection to Claim which required Claimant to file a written response to the Objection in the event Claimant wished to oppose the Objection; and

It further appearing that Claimant has not filed and served any written response pursuant to said Notice on Objection to Claim.

NOW THEREFORE, IT IS HEREBY ORDERED that Debtor's Objection is SUSTAINED and Claim No. 10 of QUEENSBOROUGH NATIONAL BANK AND TRUST COMPANY filed in the instant case is hereby ORDERED disallowed.

**[END OF DOCUMENT]**

Presented by:

*/s/ John P. Wills*

John P. Wills
Attorney for Debtor
Bar Number: 767375
Wills Law Firm, LLC
318 Jackson Street
P.O. Box 1620
Thomson, GA  30824
706-595-8100
john@willslawfirmllc.com