**IT IS ORDERED as set forth below:**



**Date: December 8, 2021**

*Susan D. Barrett*

United States Bankruptcy Judge
Southern District of Georgia

___

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  Case No.: 20-10774-SDB

KENNETH AUGUSTUS DANIEL,  Judge: Susan D. Barrett

Debtor(s)  Chapter: 13

### ORDER ON TRUSTEE'S MOTION TO DISMISS

The above Motion having been considered, the same is hereby:

☐ Granted and the case is dismissed;

  ☐ With prejudice against refiling for 180 days;

  ☐ Unless Debtor converts to Chapter 7 within 14 days, $25 conversion fee is due upon filing notice of conversion;

☐ Denied.

28

Chapter 13 Case No.: 20-10774-SDB

Page 2

[X] Denied on the condition that Debtor(s):

[ ] File a Modified Plan within fourteen (14) days.

[X] Raise payments to $ 5,701 per month for the balance of the plan;

[ ] Furnish Trustee with information sufficient to permit issuance of salary deduction order instanter.

[X] Pay $ 5,701 by 12/25/2021 ;

[ ] Pay $_____ per _____ until _____.

[X] Makes all future payments to Trustee in a timely manner.

[ ] Continued to the _____ term of Court.

[ ] With payments of $_____ in the interim.

[X] Upon failure to strictly comply with any term hereof or the Plan, the Trustee shall file and serve a Notice of Non-Compliance. If no request for a hearing is filed within 14 days of the Notice of Non-Compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate. The provisions of this paragraph shall expire 6 months from entry of this order.

[END OF DOCUMENT]

Prepared and Consented to by:

_____
Signature
John P. Wills
Attorney's Name for Debtor(s)

767375
Bar Number

P.O. Box 1620
Address

Thomson, GA 30824
City, State, Zip

706-595-8100
Telephone

john@willslawfirmllc.com
Email

Consented to:

_____
Debtor

_____
Co-Debtor

Consented to by:

Huon Le - Chapter 13 Trustee

By: _____
Staff Attorney
Jane Miller, GA Bar Number 256304
Frederick Carpenter, GA Bar Number 341438

PO Box 2127
Augusta, GA 30903
(706) 724-1093
Correspondence@chp13aug.org

28